AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| _MELGOZA, Eric_ | )    Case No.    21-5093MJ |
| _Defendant_ | ) |
| | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 26, 2021 in the County of Maricopa, in the District of Arizona, the defendant violated, Title 18 U.S.C. § 922(g)(1) offenses which are more fully described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  AUSA Brett A. Day  _BDay_

☒ Continued on the attached sheet.

MATTHEW MANOOGIAN    Digitally signed by MATTHEW MANOOGIAN Date: 2021.05.27 08:40:32 -07'0

_Complainant's signature_
Matthew H. Manoogian
Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ May 27 2021    at 8:58 a.m. _____

_Judge's signature_

City and state: _____ Phoenix, Arizona _____

Honorable DEBORAH M. FINE
United States Magistrate Judge
_Printed name and title_

## ATTACHMENT A

### Count 1

On May 26, 2021, in the county of Maricopa, in the District of Arizona, Eric MELGOZA, a convicted felon, did knowingly possess a firearm, to wit: a Kel-Tec model KSG 12-gauge shotgun bearing serial number XX5314, which had previously been shipped or transported in the interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### Count 2

On May 26, 2021, in the county of Maricopa, in the District of Arizona, Eric MELGOZA, a convicted felon, did knowingly possess ammunition, to wit: multiple rounds of Federal 12-gauge ammunition, Fiocchi 70 mm ammunition, Winchester 12-gauge ammunition, Winchester 9 mm ammunition, and American Eagle .223 ammunition, all of which had previously been shipped or transported in the interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**STATEMENT OF PROBABLE CAUSE**

I, Matthew Manoogian, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, Tucson, AZ. Your Affiant has learned from direct participation in the investigation and from the reports and communications of other law enforcement agents and officers the facts recited herein.

2. Eric MELGOZA is a resident of the Phoenix area from Chicago, Illinois, and is a suspected firearms trafficker. MELGOZA is also a convicted felon. From August 2020 to October 2020, MELGOZA and a known co-conspirator, acquired roughly 40 to 50 firearms, with the intention of re-selling most of them to one unidentified individual. MELGOZA and the co-conspirator acquired most of the firearms via private sales arranged through Armslist.com, a firearms auction site. All the firearms were believed to be stored at his residence at 11229 West Devonshire Avenue, Phoenix, AZ.

3. On May 26, 2021, Your Affiant along with other agents executed a search warrant at MELGOZA's residence located at 11229 West Devonshire Avenue, Phoenix, AZ. During the search, Agents located a Kel-Tec model KSG 12-gauge shotgun bearing serial number XX5314 and multiple rounds of Federal 12-gauge ammunition, Fiocchi 70 mm ammunition, Winchester 12-gauge ammunition, Winchester 9 mm ammunition, and American Eagle .223 ammunition. The firearm was in the living room, on top of a dresser, just outside MELGOZA'S bedroom, and the ammunition was in both the living

2

room and garage. Both the living room and garage were adjacent to MELGOZA'S first-floor master bedroom.

4. During a post-*Miranda* interview, MELGOZA stated that he went shooting with some friends roughly one week ago. He specifically recalled recently moving the American Eagle .223 ammunition from his black Dodge Durango, and setting it inside the garage.

5. MELGOZA admitted that his DNA and fingerprints would likely be on the Kel-Tec shotgun since he and other individuals recently shot it at Robbins Butte in Maricopa County.

6. MELGOZA has two prior felony convictions for narcotics out of the State of Illinois. On July 19, 2011, he was sentenced to 14 months in prison for possession and manufacturing cannabis pursuant to Circuit Court of Cook County (IL) Case Number 11CR1058101. On December 12, 2012, MELGOZA was sentenced to two years of probation for manufacturing cannabis pursuant to Circuit Court of Cook County (IL) Case Number 12CR2074701. As a result, MELGOZA is a convicted felon, and is prohibited under Title 18 USC §922(g)(1) from possessing firearms and ammunition.

7. MELGOZA acknowledged his felony convictions, and that they involved manufacturing and possessing marijuana. He acknowledged he was prohibited from possessing firearms as a result of the conviction, and acknowledged he was informed that he could not possess firearms and ammunition under federal law.

8. Your Affiant requested assistance in identifying the firearm and ammunition from ATF Special Agent (SA) Paul Parkinson, an ATF firearms nexus expert. SA

3

Parkinson told Your Affiant that the Kel-Tec model KSG 12-gauge shotgun bearing serial number XX5314 and the ammunition were not manufactured in Arizona and, therefore, affected Interstate Commerce by being recovered in Arizona.

9. Based on the above-mentioned facts, Your Affiant submits that there is probable cause to believe that on or about May 26, 2021, Eric MELGOZA, knowing he is a convicted felon, did knowingly possess a firearm and ammunition that had previously been shipped or transported in the interstate or foreign commerce.

MATTHEW
MANOOGIAN

Digitally signed by MATTHEW MANOOGIAN
Date: 2021.05.27 08:40:59 -07

Matthew Manoogian
ATF Special Agent

Sworn to and subscribed telephonically
this 27th day of May, 2021.                    at 8:58 a.m.

Honorable DEBORAH M. FINE
United States Magistrate Judge

4